AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_***** \_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RANDALL W. BEALL,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:10-CV-00706-LRH-VPC**

PALMER, et al.,

      Respondents.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus [1] is DISMISSED WITH PREJUDICE. FURTHER ORDERED that no Certificate of Appealability shall issue.

December 10, 2010                                  **LANCE S. WILSON**
                                                                       Clerk

                                                           /s/ M. Campbell
                                                          Deputy Clerk