**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RANDALL W. BEALL,

      Petitioner,

vs.

PALMER, *et al.*,

      Respondents.

3:10-cv-00706-LRH-VPC

**ORDER**

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed and the action closed when petitioner failed to provide evidence that he had leave of the Ninth Circuit Court of Appeals to file a successive petition (docket # 6). Before the court is petitioner's motion for default judgement (docket #8) and motion for court minutes (docket #9). The Motion for Default Judgment shall be denied as moot. The Motion for Court Minutes seem to request copies of documents that petitioner filed in this matter. The motion shall be granted to the extent that the clerk shall advise petitioner the normal cost of obtaining copies of court documents and shall send to him a copy of the docket sheet in this action. The request is otherwise denied, as it is unclear to the Court what documents petitioner is seeking.

**IT IS THEREFORE ORDERED** that the Motion for Default Judgement (docket #8) is **DENIED AS MOOT.**

///

///

1        **IT IS FURTHER ORDERED** that the Motion for Court Minutes (docket #9) is
2 **GRANTED IN PART**.  The clerk shall send a copy of the docket sheet to petitioner and shall
3 advise petitioner of the cost per page for copies from the court.
4        **IT IS FURTHER ORDERED** that the Clerk shall not file any further documents in this
5 action save a Notice of Appeal.  Any request for copies unaccompanied by the appropriate fees shall
6 be returned unfiled.
7        Dated this 27th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE